**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6982

MALCOLM MAXWELL RYIDU-X,

Plaintiff - Appellant,

versus

MARYLAND DIVISION OF CORRECTION; WILLIAM W.
SONDERVAN, Commission of Corrections; THOMAS
R. CORCORAN, Warden, Maryland Correctional
Adjustment Center,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William D. Quarles, Jr., District Judge.
(CA-02-692-WDQ)

Submitted: October 14, 2004        Decided: October 20, 2004

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Malcolm Maxwell Ryidu-X, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu-X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ryidu-X v. Maryland Div. of Corr., No. CA-02-692-WDQ (D. Md. filed May 13, 2004 & entered May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED